IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CAMPBELL, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EUROMARKET DESIGNS, INC. and DOES 1-50, inclusive,<br><br>　　　　Defendants. | No. C 11-01368 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO STRIKE PORTIONS OF COMPLAINT AND DISMISS DAMAGES CLAIM** |

　　This matter is set for a hearing on June 17, 2011 on Defendant Euromarket Designs, Inc.'s motion strike portions of the complaint and to dismiss the damages claim. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than May 5, 2011 and a reply brief shall be filed by no later than May 12, 2011.

　　If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

　　**IT IS SO ORDERED.**

Dated: April 21, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE